IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHERY KYLE AMERICAN HORSE,<br><br>Defendant. | CR 15-23-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Final Hearing re Revocation of Supervised Release currently scheduled for Thursday, December 7, 2023 at 9:30 a.m. is **VACATED** and **RESET** to commence on **Wednesday, January 10, 2024 at 2:30 p.m.**

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 6th day of December, 2023.

SUSAN P. WATTERS
United States District Judge

1